No. 177. McGraw Electric Co. et al. *v.* United States et al. Appeal from the United States District Court for the Eastern District of Missouri. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Arthur J. Freund* for appellants. *Solicitor General Sobeloff* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission; and *Leo P. Day* and *Richmond C. Coburn* for the Akron, Canton & Youngstown Railroad Co. et al., appellees.

No. 176. Arkansas Fuel Oil Corp. *v.* Fontenot, Collector of Revenue of Louisiana. Appeal from the Supreme Court of Louisiana. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question. *Robert Roberts, Jr.* and *Ben R. Miller* for appellant.

No. 6. Watson et ux. *v.* Employers Liability Assurance Corp., Ltd. et al. Certiorari, 347 U. S. 958, to and appeal from the United States Court of Appeals for the Fifth Circuit. The motion to dismiss is denied. *Val Irion, Richard H. Switzer* and *Cleveland C. Burton* for appellants-petitioners. *Benjamin C. King* and *Charles D. Egan* for Employers Liability Assurance Corp., Ltd., appellee-respondent.